UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liqui-Box Corporation, | No. 2:22-cv-01466-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Advanced Plastic Systems, Inc., | |
| Defendant. | |

The court previously dismissed plaintiff Liqui-Box's complaint for lack of subject matter jurisdiction with leave to amend. Prior Order (Apr. 20, 2023), ECF No. 26. Plaintiff was granted twenty-one days to file an amended complaint. *Id.* The better part of three months has passed, and plaintiff has neither filed an amended complaint nor requested more time. The court **orders plaintiff to show cause within seven days why this action should not be dismissed and the case closed for lack of prosecution**.

IT IS SO ORDERED.

DATED: July 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1